# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-922
_____

LESLIE HERNANDEZ,

  Appellant,

  v.

TOMMY FORD, in his official
capacity as Sheriff of Bay
County, Florida,

  Appellee.

_____


On appeal from the Circuit Court for Bay County.
James B. Fensom, Judge.

January 16, 2019


PER CURIAM.

  AFFIRMED.

B.L. THOMAS, C.J., and WETHERELL and WINSOR, JJ., concur.


_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Marie A. Mattox of Marie A. Mattox, P.A., Tallahassee, for Appellant.

Robert Wayne Evans and Jack O. Hackett, III, of Allen, Norton & Blue, P.A., Tallahassee, for Appellee.